UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CELENA GRANT,**

    **Plaintiff,**

vs.

                                    **CASE NO.: 2019 cv 610**

**FLORIDA DEPARTMENT
OF CORRECTIONS,**

    **Defendant.**

_____/

**DEFENDANT'S NOTICE OF REMOVAL**

COMES NOW, Defendant, FLORIDA DEPARTMENT OF CORRECTIONS, by and through undersigned counsel, and files this Notice of Removal and states:

1. This action was brought and is now pending in the Second Judicial Circuit Court in and for Leon County, Florida, under Case Number 2019 CA 002251.

2. This action was commenced in the Circuit Court on September 19, 2019, by the filing of a Complaint with the Clerk of that Court. A true copy of the Complaint is attached as Exhibit 1. Service of process was made upon Defendant on December 6, 2019. A copy of the Summons is attached as Exhibit 2.

3. This action includes a claim brought under Title VII of the Civil Rights Act, for which this Court has original jurisdiction under 28 USC § 1331. It is an action that Defendant is entitled to remove to this Court under 28 USC § 1441 in that Plaintiff's Complaint involves a claim arising under federal law.

4.       Electronic notice of the filing of this Notice of Removal has been given to Marie Mattox, counsel for Plaintiff, and a copy of this Notice has been filed with the Clerk of the Circuit Court for Leon County, Florida.

WHEREFORE, Defendant respectfully requests that the above action now pending against it in the Circuit Court under 2019 CA 002251 be removed from that Court.

Respectfully submitted, December 18, 2019.

>/s/ Jamie Ito
> **JAMIE ITO**
> Florida Bar No. 13553
> Jamie@itolaw.net
> Ito Law, PLLC
> 411 Wilson Ave.
> Tallahassee, FL 32303
> (850) 284-9517

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served via the Florida Courts E-Filing Portal on all parties of record on December 18, 2019.

> /s/ Jamie Ito
> **JAMIE ITO**