**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

CELENA GRANT,
          Plaintiff,

v.                                       Case No.  4:19cv610-MW/MAF

FLORIDA DEPARTMENT OF
CORRECTIONS,
          Defendant.
_____/

**JUDGMENT**

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of the Plaintiff, Celena Grant, and against the Defendant in the amount of Three Hundred Thousand Dollars ($300,000) for lost wages and benefits, Seven Hundred Thousand Dollars ($700,000) for emotional pain and mental anguish, Fifty Two Thousand Six Hundred and Ninety Two Dollars and Seventy Cents ($52,692.70) of front pay for a total of One Million Fifty Two Thousand Six Hundred and Ninety Two Dollars and Seventy Cents ($1,052,692.70), with interest from the date of this judgment as provided by law.

                                      JESSICA J. LYUBLANOVITS,
                                      CLERK OF COURT

May 31, 2022                  *s/ Taylor McGill*
DATE                            Deputy Clerk