UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CELENA GRANT,

    Plaintiff,                       CASE NO.: 4:19-cv-00610-MW/CAS

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, CELENA GRANT, by and through undersigned counsel, and hereby notifies the Court that the parties have reached a resolution with regard to this litigation. Plaintiff request that the Court retain jurisdiction to enforce the terms of the settlement.

DATED this 12th day of September 2022.

                                                        Respectfully submitted,

                                                        /s/ *Tiffany R. Cruz*
                                                        **Tiffany R. Cruz**
                                                        Florida Bar No.: 090986
                                                        **Kevin C. Kostelnik**
                                                        Florida Bar No.: 0118769
                                                        Tiffany@tiffanycruzlaw.com
                                                        Kevin@tiffanycruzlaw.com
                                                        Meredith@tiffanycruzlaw.com
                                                        Parker@tiffanycruzlaw.com

**CRUZ LAW FIRM, P.A.**
411 N. Calhoun Street
Tallahassee, FL 32301
Telephone: (850) 701-8838

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of September 2022, the foregoing was filed via the Court's CM/ECF system, which will send electronic notification to all counsel of record.

*/s/ Tiffany R. Cruz*
Tiffany R. Cruz