IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CELENA GRANT,

    Plaintiff,

v.                                             CASE NO. 4:19cv610-MW/MAF

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.

_____/

## JUDGMENT

The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                                       JESSICA J LYUBLANOVITS,
                                                       CLERK OF COURT

September 13, 2022                    s/*Samantha Buckhalt*
DATE                                               DEPUTY CLERK